IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES GASTINEAU, on his own behalf and all Arkansas residents similarly situated, | * * * * | |
| Plaintiff, | * | |
| vs. | * | No. 4:13-cv-00708-SWW |
| | * * | |
| DIRECTBUY, INC., | * * | |
| Defendant. | * | |

## ORDER

Pursuant to the Notice of Voluntary Dismissal [doc.#10] filed by plaintiff Charles Gastineau, this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 6th day of January 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE